UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT K. ASANTE,<br><br>    Defendant. | CASE NO. 2:20-CR-94(3)<br><br>JUDGE SARAH D. MORRISON<br><br>Supplemental Sentencing Memorandum of the United States |

    The United States hereby submits a Supplemental Sentencing Memorandum with respect to Defendant Robert K. Asante. The Parties appeared for sentencing on January 3, 2023. At that time, the Court requested additional detail regarding how the PSR calculated the loss amount for restitution purposes and the amount laundered for guidelines purposes. The Court continued sentencing and asked the Parties to try to come to an agreement about what the amounts would be in the event that the Court were to hold Mr. Asante accountable for the total amount laundered by the individuals charged in this case.

    Since that date, the Parties have come to an agreement on that question. The Parties agree that, if the Court were to conclude that Mr. Asante should be held accountable for the total amount laundered by the individuals charged in this case, the loss amount for restitution purposes would be $11,528,844.05. The Parties further agree that, if the Court were to conclude that Mr. Asante should be held accountable for the total amount laundered by the individuals charged in this case, the amount laundered for guidelines purposes would be $11,724,594.05. To be clear, Mr. Asante's position continues to be that he should not be held accountable for these total amounts.

The amount of loss for restitution purposes is different than the amount laundered for guidelines purposes because some wires sent from victims of romance fraud to defendants were reversed by the banks involved in the wires. Because the funds involved in these wires were returned to victims, Mr. Asante should not be ordered to pay restitution for the returned amounts.

The United States has provided to the Probation Officer a victim-by-victim breakdown that shows how loss was calculated for restitution purposes, as well as a victim-by-victim breakdown that shows how the amount laundered was calculated for guidelines purposes. The breakdown for restitution purposes should replace the chart in paragraph 47 of the PSR.

**Respectfully submitted,**

KENNETH L. PARKER
United States Attorney


s/ Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
DAVID J. TWOMBLY (0092558)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-5653
Email: peter.glenn-applegate@usdoj.gov
       david.twombly@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Supplemental Sentencing Memorandum of the United States was served this 25th day of January, 2023, electronically upon counsel for the Defendant.

                                                           s/Peter K. Glenn-Applegate
                                                           PETER K. GLENN-APPLEGATE (0088708)
                                                           Assistant United States Attorney